**Heather C. Beasley, OSB No. 965443**
E-mail: hbeasley@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax: (503) 222-4428

**Of Attorneys for Defendant Papé Machinery**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - EUGENE DIVISION

| | |
|---|---|
| Georgie Anufriev, Pro Se, Lawful Property Owner), | Case No. 6:25-cv-02260-MTK |
| Plaintiff, | **DEFENDANT PAPÉ MACHINERY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AS UNRESPONSIVE** |
| v. | |
| PAPÉ MACHINERY, NICK HUNTER, Sheriff of Manon County Oregon, In his personal and professional Capacity, CHRISTIAN DALTON, Deputy of Marion County Oregon, In his personal and professional capacity, | |
| Defendants. | |

### LR 7-2(b)(2) CERTIFICATE OF COMPLIANCE

This brief complies with the applicable word-count limitation under LR 7-2(b) because it contains approximately 813 words, including headings, footnotes, and quotations, but excluding the caption, table of contents, table of cases and authorities, signature block, exhibits, and any certificates of counsel.

///

Page 1   **DEFENDANT PAPÉ MACHINERY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AS UNRESPONSIVE**
L:\31\ANUFRIEV\PLD\PAPE - Response to Motion to Strike Answer as Unresponsive.docx

## <u>LEGAL MEMORANDUM</u>

### I.    INTRODUCTION

Plaintiff filed a Verified Complaint for Monetary Relief, Due Process Violations, Fraud, and Constitutional Deprivation. On or about January 20, 2026, Papé Machinery ("Papé") timely filed its Motions to Dismiss Plaintiff's Complaint ("Motions to Dismiss"). Pursuant to Fed. R. Civ. P. 12 (b)(6), Movant seeks to dismiss all claims for relief asserted against it by Plaintiff as Plaintiff has failed to state a claim upon which relief may be granted. Movant's Motion to Dismiss is currently pending before this Court.

On or about February 20, 2026, Plaintiff filed a "Motion to Strike Answer as Unresponsive" ("Motion to Strike"). Therein, Plaintiff cites "F.R.C.D. 12(f)" as authority for the Court to "strike answers as Unresponsive [sic]." In support of his Motion to Strike, Plaintiff contends Papé "did not answer the complaint [sic] with a supported affidavit," and "lacks firsthand knowledge of the incident."

Because there has been no answer yet filed and Papé's obligation to do so is presently tolled by virtue of its Motions to Dismiss, Plaintiff's Motion to Strike must be denied.

### II.    ARGUMENT

#### a. Legal Standards

In general, when responding to a pleading, a party must assert its defenses to the claims asserted against it and admit or deny an opposing party's allegations. FRCP 8 (b)(1). Typically, a defendant must serve an answer to a complaint within 21 days of service of a summons and complaint, but a defendant may respond to a complaint by motion asserting, among other things, the defense of failure to state a claim upon which relief can be granted. FRCP 12 (a)(1)(A); (b)(6). A motion asserting any defense enumerated under FRCP 12 (b) "must be made before pleading if a responsive pleading is allowed." *Id.* Service of a motion pursuant to FRCP 12 tolls

**DEFENDANT PAPÉ MACHINERY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AS UNRESPONSIVE**
L:\31\ANUFRIEV\PLD\PAPE - Response to Motion to Strike Answer as Unresponsive.docx

**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
**T (503) 222-4422 F (503) 222-4428**

the time period for filing a responsive pleading until 14 days after notice of the court's ruling on the motion. FRCP 12 (a)(4)(A).

**b. Papé has moved against each of Plaintiff's claims for relief pursuant to FRCP 12 (b)(6) such that service of an answer is not yet required.**

By his Complaint, Plaintiff has asserted five claims for relief against Papé: (1) Count One – Violation of 42 U.S.C. § 1983, (2) Count Two – Fraud, (3) Count Three – Civil RICO, (4) Count Six – Conspiracy under 42 U.S.C. § 1985(3), and (5) Count Seven – Constructive Fraud/Abuse of Process. In its Motions to Dismiss, Papé moved to dismiss each and every claim for relief asserted against it pursuant to FRCP 12 (b)(6).

The plain text of FRCP 12 (b) requires that when a party asserts the defense of failure to state a claim upon which relief can be granted, it "*must*" do so "*before pleading* if a responsive pleading is allowed." (emphasis added). Further, when a motion enumerated at FRCP 12 is served, the time for serving a responsive pleading is suspended until such time as the motion is granted, in which case the matter would be dismissed, or denied, in which case the responsive pleading must be served within 14 days after notice of the court's action. FRCP 12 (a)(4)(A).

Papé has plainly complied with the requirements of FRCP 12. Rather than filing an answer to Plaintiff's Complaint, Papé has timely filed its Motions to Dismiss each and every one of Plaintiff's claims for relief against it pursuant to FRCP 12 (b)(6). By doing so, Papé's obligation to serve an answer is suspended pending the Court's determination on Papé's Motions to Dismiss. In the event the Court grants Papé's Motions to Dismiss, which it should, Papé will be dismissed from this matter such that no answer is required. Should the Court deny Papé's Motions to Dismiss, Papé's answer would have to be served within 14 days after notice of the Court's action.

///

///

Page 3  **DEFENDANT PAPÉ MACHINERY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AS UNRESPONSIVE**
L:\31\ANUFRIEV\PLD\PAPE - Response to Motion to Strike Answer as Unresponsive.docx

Because Papé has not filed an answer in this action, there is no answer to strike. Further, Papé's obligation to file an answer has been suspended pending the Court's ruling on its Motions to Dismiss. For these reasons, Plaintiff's Motion to Strike must be denied.

## III.    CONCLUSION

Plaintiff's Motion to Strike must be denied. The motion is clearly unsupported by the plain text of FRCP 12 where, as here, Papé has moved to dismiss each claim asserted against it by Plaintiff. While Plaintiff is proceeding pro se and may be afforded some lenience, when considered in the context of his contemporaneously-filed and similarly unsupported Motion to Deem Complaint Allegations Admitted and Memorandum Opposing Motion for Dismissal, Plaintiff's conduct borders on frivolous. While sanctions are not sought at this time, the Court should nevertheless be alert to such waste of judicial economy.

DATED this 5th day of March, 2026.

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.


s/ Heather C. Beasley_____
Heather C. Beasley, OSB No. 965443
hbeasley@davisrothwell.com
Of Attorneys for Defendant Papé Machinery

**DEFENDANT PAPÉ MACHINERY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AS UNRESPONSIVE**
L:\31\ANUFRIEV\PLD\PAPE - Response to Motion to Strike Answer as Unresponsive.docx

**DAVIS ROTHWELL**
**EARLE & XÓCHIHUA P.C.**
200 SW Market St, Suite 1800
Portland, Oregon  97201
**T (503) 222-4422 F (503) 222-4428**

## CM/ECF CERTIFICATE

I hereby certify that on March 5, 2026, I filed: **DEFENDANT PAPÉ MACHINERY'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE ANSWER AS UNRESPONSIVE**

electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing; and by mailing to Plaintiff a true copy thereof, placed in a sealed envelope, with postage prepaid, addressed as listed below, and depositing the same in the United States mail through a post office at Portland, Oregon, on this day.

Georgie Anufriev
PO Box 499
Mount Angel, OR 97362
  *Plaintiff Pro Se*

Steve Elzinga, OSB #123102
Sebastian Tapia, OSB #043761
Marion County Legal Counsel
555 Court Street N.E., Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
selzinga@co.marion.or.us
stapia@co.marion.or.us
*Attorneys for Hunter and Dalton*

DATED this 5th day of March, 2026.

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.

s/ Heather C. Beasley
Heather C. Beasley, OSB No. 965443
hbeasley@davisrothwell.com
Of Attorneys for Defendant Papé Machinery

**CERTIFICATE OF SERVICE**

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON  97201
T (503) 222-4422 F (503) 222-4428

L:\31\ANUFRIEV\PLD\PAPE - Response to Motion to Strike Answer as Unresponsive.docx