STEVE ELZINGA, OSB #123102
Marion County Legal Counsel
*selzinga@co.marion.or.us*
SEBASTIAN TAPIA, OSB #043761
Sr. Assistant Legal Counsel
*stapia@co.marion.or.us*
555 Court Street N.E., Suite 5242
P.O. Box 14500
Salem, OR 97309
Telephone: (503) 588-5220
Attorneys for Hunter and Dalton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| GEORGIE ANUFRIEV,<br><br>               Plaintiff,<br><br>   v.<br><br>PAPÉ MACHINERY, NICK HUNTER, Sheriff of Marion County, in his personal and professional capacity, CHRISTIAN DALTON, Deputy of Marion County, in his personal and professional capacity,<br><br>               Defendants. | Case No. 6:25-cv-02260-MTK<br><br>**RESPONSE TO MOTION TO STRIKE AND MOTION TO DEEM COMPLAINT ALLEGATIONS ADMITTED** |

/ / /

/ / /

/ / /

/ / /

/ / /

Page **1** of **3** – RESPONSE TO MOTIONS

Comes now, Defendants Hunter and Dalton, by and through their attorney Sebastian Tapia in Response to Plaintiff's Motion to Deem Complaint Allegations Admitted (ECF NO. 14) and Motion to Strike Answer as Unresponsive (ECF Nos. 15).  Pursuant to Federal Rule of Civil Procedure 12(b), Defendants properly filed their Motions to Dismiss (ECF No. 12) before filing a responsive pleading.

DATED this 6th day of March, 2026.

Respectfully submitted,

STEVE ELZINGA
MARION COUNTY LEGAL COUNSEL

*s/ Sebastian Tapia*
Sebastian Tapia, OSB# 043761
Sr. Assistant Legal Counsel
Attorney for Defendants Hunter and Dalton
stapia@co.marion.or.us
555 Court Street N.E.
PO Box 14500
Salem, OR 97301
Telephone: (503) 588-5220

Page **2** of **3** – RESPONSE TO MOTIONS

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing RESPONSE TO MOTIONS on:

Georgie Anufriev
PO Box 499
Mount Angel, OR 97362
*Plaintiff Pro Se*

Heather C. Beasley, OSB #965443
E-mail: hbeasley@davisrothwell.com
DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.
200 S.W. Market Street, Suite 1800
Portland, OR 97201
Tel: (503) 222-4422

By the following indicated method or methods:

X_       By electronic means through the Court's Case Management/Electronic Case File system on the date set forth below;

X        By mailing a full, true, and correct copy thereof in a sealed, first-class postage-prepaid envelope, addressed to the attorney's last known office address listed above and causing it to be deposited in the U.S. mail at Salem, Oregon on the date set forth below;

___      By electronic means to the attorney's last-known e-mail address listed on the Oregon State Bar Online Membership Directory on the date set forth below;

___      By causing a copy thereof to be hand-delivered to said attorney at each attorney's last-known office address listed above on the date set forth below;

DATED this 6th day of March, 2026.

*s/ Sebastian Tapia*
Sebastian Tapia, OSB #043761
Of Attorneys for Defendants Hunter & Dalton
555 Court St. N.E., Suite 5242
P.O. Box 14500
Salem, Oregon 97309
Telephone: (503) 588-5220
E-mail: *stapia@co.marion.or.us*

Page **3** of **3** – RESPONSE TO MOTIONS